## RIPARIUS VENTURES LLC, Appellant

v.

## CISCO SYSTEMS, INC., Skype Technologies SA, RTX Telecom A/S, Appellees.

### No. 2015–1757.

United States Court of Appeals, Federal Circuit.

March 15, 2016.

Joseph N. Hosteny III, Niro, Haller & Niro, Chicago, IL, for appellant. Also represented by Arthur A. Gasey.

Theodore M. Foster, Haynes & Boone, LLP, Dallas, TX, argued for all appellees. Appellee Cisco Systems, Inc. also represented by David L. McCombs, Debra Janece McComas.

Jason Steven Shull, Banner & Witcoff, Ltd., Chicago, IL, for appellees Skype Technologies SA, RTX Telecom A/S. Also represented by Shawn P. Gorman, Timothy Colin Meece; Bradley Charles Wright, Washington, DC.

REYNA, WALLACH, and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**